Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

Case Number: 09-02643-8-JRL
Judge: J. RICH LEONARD
Dated:January 31, 2011

In Re:

TANKO-DELE YAM CARDIN      JULIE NICHOLE AMMONS CARDIN
AKA: TANKO YAM CARDIN
60 ROCKY RUN LANE
LILLINGTON, NC  27546

SSN (1): XXX-XX-6755     SSN (2): XXX-XX-5582

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

    JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

    **You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court.  If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee,  the debtor(s) and counsel for the debtor(s).  If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.**

1. The case was filed on March 31, 2009 and confirmed on September 15, 2009.
   The case was subsequently Completed (J) on January 20, 2011.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $4,478.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| CHASE BANK USA, NA | LATE UNSECURED | $3,497.85 | $0.00 | $0.00 | $0.00 |
| NC DEPARTMENT OF REVENUE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SUZUKI | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SMITH, DEBNAM, ET AL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CLIENT SERVICES, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONAL ENTERPRISE SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CR EVERGREEN, LLC | UNSECURED | $2,134.40 | $0.00 | $0.00 | $0.00 |
| VERIZON WIRELESS SOUTH | DIRECT | $266.74 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FIA BANKCARD SERVICES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SAMS CLUB | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| THE BELK CENTER, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERIFINANCIAL SOLUTIONS, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ABSOLUTE COLLECTION | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| COMMISSION OF INDIAN AFFAIRS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ROUNDUP FUNDING, LLC | UNSECURED | $342.26 | $0.00 | $0.00 | $0.00 |
| CR EVERGREEN, LLC | UNSECURED | $3,065.78 | $0.00 | $0.00 | $0.00 |
| WAKE EMERGENCY PHYSICIANS, PA | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WAKEMED | UNSECURED | $100.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL NORTH CAROLINA, IN | UNSECURED | $1,118.70 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $977.96 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $1,424.40 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $2,245.78 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONWIDE CREDIT, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $2,962.13 | $0.00 | $0.00 | $0.00 |
| ASSOCIATED CREDITORS EXCHANGE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CENTRAL CREDIT SERVICES, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DISCOUNT TIRE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| SRA ASSOCIATES | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ENCORE RECEIVABLE MANAGEMENT | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| PENTAGROUP FINANCIAL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRSTSOURCE ADVANTAGE, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NC DEPARTMENT OF REVENUE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| UNITED COLLECTION BUREAU | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOAN SERVICING, L.P. | DIRECT | $126,362.18 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOAN SERVICING, L.P. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HARNETT COUNTY TAX COLLECTOR | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC BANK NEVADA, N.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV FUNDING, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| AFGE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ALLTEL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN EXPRESS CENTURION BANK | UNSECURED | $18,575.98 | $0.00 | $0.00 | $0.00 |
| NATIONAL CAPITAL MANAGEMENT, LLC | UNSECURED | $15,403.70 | $0.00 | $0.00 | $0.00 |
| NC DEPARTMENT OF REVENUE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BECKET & LEE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONWIDE CREDIT, INC. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE BANK USA, NA | UNSECURED | $8,497.61 | $0.00 | $0.00 | $0.00 |
| CIRCUIT CITY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL, INC. | UNSECURED | $996.31 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOV. ASSOC., LLC | UNSECURED | $17,954.99 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOV. ASSOC., LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL, INC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BAC HOME LOAN SERVICING, L.P. | ARREARS MORTGAGES/MOBILE HOMES | $997.03 | $997.03 | $0.00 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LLC | UNSECURED | $847.57 | $0.00 | $0.00 | $0.00 |
| AMERICAN CORADIUS INTERNATIONA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CACH, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| THE LAW OFFICE OF HARRISON ROSS BYCK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

4. Summary of disbursements:

| | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $127,625.95 | $0.00 | $80,145.42 | $0.00 | $207,771.37 |
| **Principal Paid** | $997.03 | $0.00 | $0.00 | $0.00 | $997.03 |
| **Interest Paid** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $3,000.00 and was paid $3,000.00.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $150.74 for expenses and $150.73 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $179.50.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc: TANKO-DELE YAM CARDIN
    and JULIE NICHOLE AMMONS CARDIN

JOHN T. ORCUTT
ATTORNEY AT LAW
6616-203 SIX FORKS RD.
RALEIGH, NC 27615

Dated: January 31, 2011

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box 61039
Raleigh, NC 27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: TANKO-DELE YAM CARDIN                         CASE NUMBER: 0902643
DEBTOR 2 NAME: JULIE NICHOLE AMMONS CARDIN

I         Robert J Wallace, Jr.         certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  02/01/2011   :

By First Class Mail :

ABSOLUTE COLLECTION, 421 FAYETTEVILLE STREET MALL, STE. 600, RALEIGH, NC  27601 -
AFGE, C/O UNION PLUS CREDIT CARD, PO BOX 80027, SALINAS, CA  93912 -
ALLTEL, PO BOX 96019, CHARLOTTE, NC  28296-0019,  -
AMERICAN CORADIUS INTERNATIONA, ATTN: MANAGING AGENT, 2420 SWEET HOME ROAD, STE 150, BUFFALO, NY  14228 -
AMERICAN EXPRESS CENTURION BANK, c/o: BECKETT & LEE LLP, ATTORNEYS/AGENT FOR CREDITOR, PO BOX 3001 MALVERN, PA  19355-0701 -
AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX  79998-1535,  -
AMERIFINANCIAL SOLUTIONS, INC, FKA FIRSTCOLLECT, INC, PO BOX 64488, BALTIMORE, MD  21264 -
ASSOCIATED CREDITORS EXCHANGE, PO BOX 33130, PHONEIX, AZ  85067-3130,  -
BAC HOME LOAN SERVICING, L.P., 7105 CORPORATE DRIVE, PLANO, TX  75024,  -
BANK OF AMERICA, N.A., 475 CROSSPOINT PKWY, P.O. BOX 9000, GERTZVILLE, NY  14689 -
BANK OF AMERICA, N.A., ATTN:  KENNETH D. LEWIS, CHAIR., 100 N. TRYON STREET, CHARLOTTE, NC  28255 -
BANK OF AMERICA, PO BOX 9000, GETZVILLE, NY  14068-9000,  -
BANK OF AMERICA, ATTN:  MANAGER OR REG. AGENT, PO BOX 982236, EL PASO, TX  79998-2235 -
BANK OF AMERICA, PO BOX 15019, WILMINGTON, DE  19886-5019,  -
BANK OF AMERICA, BANKRUPTCY DEPT.,NC4-105-03-14, P.O. BOX 26012, GREENSBORO, NC  27420-6012 -
BANK OF AMERICA, 2970 TRANSIT ROAD, WEST SENEA, NY  14224,  -
BANK OF AMERICA, 475 CROSSPOINT PARKWAY, GETZVILLE, NY  14068,  -
BECKET & LEE, PO BOX 3001, MALVERN, PA  19355-0701,  -
BENEFICIAL, 155 BONANZA, FAYETTEVILLE, NC  28303,  -
BEST BUY, C/O HOUSEHOLD RETAIL SERVICES, PO BOX 5226, CAROL STREAM, IL  60197-5226 -
CACH, LLC, 370 17TH STREET   STE 5000, DENVER, CO  80202,  -
CACH, LLC, 4340 S MONACO ST, UNIT 2, DENVER, CO  80237 -
CACH, LLC, CACV/CACH OF COLORADO COLLECT AMERICA LT, 4340 S. MONACO STREET,  2ND FLOOR, DENVER, CO  80237 -
CARE CREDIT, C/O GE MONEY BANK, POST OFFICE BOX 981438, EL PASO, TX  79998-1438 -
CENTRAL CREDIT SERVICES, INC, ATTN:  MANAGER OR REG. AGENT, PO BOX 15118, JACKSONVILLE, FL  32239-5118 -
CHASE BANK USA, NA, PO BOX 15145, WILMINGTON, DE  19850,  -
CHASE, POST OFFICE BOX 15298, WILMINGTON, DE  19850-5298,  -
CHASE, PO BOX 78420, PHOENIX, AZ  85062-8420,  -
CHASE, PO BOX 15298, WILMINGTON, DE  19850-5298,  -
CIRCUIT CITY, C/O CHASE, PO BOX 15298, WILMINGTON, DE  19886-5298 -
CITIFINANCIAL, INC., PO BOX 70923, CHARLOTTE, NC  28272-0923,  -
CITIFINANCIAL, INC, PO BOX 140489, IRVING, TX  75014,  -
CITIFINANCIAL, 1301 SUNSET AVENUE, SUITE C-9, CLINTON, NC  28329 -
CLIENT SERVICES, INC., 3451 HARRY S. TRUMAN BLVD., SAINT CHARLES, MO  63301,  -
COMMISSION OF INDIAN AFFAIRS, 7531 NORTH US421 HIGHWAY, CLINTON, NC  28328,  -
CR EVERGREEN, LLC, MS 550, PO BOX 91121, SEATTLE, WA  98111 -
DISCOUNT TIRE, C/O GE MONEY BANK, PO BOX 981438, EL PASO, TX  79998-1438 -
ENCORE RECEIVABLE MANAGEMENT, PO BOX 47248, OAK PARK, MI  48237,  -
FEDERAL BUREAU OF PRISONS, OLD HIGHWAY 75, BUTNER, NC  27509,  -
FIA BANKCARD SERVICES, PO BOX 15026, WILMINGTON, DE  19850-5026,  -
FIA BANKCARD SERVICES, PO BOX 15027, WILMINGTON, DE  19850-5027,  -
FIA CARD SERVICES, SUCCESSOR IN INTEREST TO, BANK OF AMERICA; MBNA AMERICA BK, 1000 SAMOSET DR. DE5-023-03-03 NEWARK, D -
FIRSTSOURCE ADVANTAGE, LLC, 6341 INDUCON DRIVE EAST, SANBORN, NY  14132-9097,  -
GE MONEY BANK, GE CONSUMER FINANCE, PO BOX 960061, ORLANDO, FL  32896-0061 -
HARNETT COUNTY TAX COLLECTOR, 305 W. CORNELIUS HARNETT BLVD., LILLINGTON, NC  27546,  -
HSBC BANK NEVADA, N.A., BASS & ASSOCIATES, P.C., 3936 E. FT. LOWELL RD. , STE. 200, TUCSON, AZ  85712 -
INTERNAL REVENUE SERVICE, ATTN:  MANAGER OR REG. AGENT, PO BOX 7346, PHILADELPHIA, PA  19101-7346 -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:   02/01/2011          Signature:   *Robert J. Wallace, Jr.*
                                         Premium Graphics, Inc.
                                         2099 Thomas Road Suite 10
                                         Memphis, TN 38134

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: TANKO-DELE YAM CARDIN                                  CASE NUMBER: 0902643
DEBTOR 2 NAME: JULIE NICHOLE AMMONS CARDIN

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  02/01/2011   :

By First Class Mail :

INTERNAL REVENUE SERVICE, ATTN:  CORRESPONDENCE, PO BOX 7346, PHILADELPHIA, PA  19101-7346 -
INTERNAL REVENUE SERVICE, ATTN:  MANAGER OR REG. AGENT, PO BOX 7317, PHILADELPHIA, PA  19101-7317 -
JOHN T. ORCUTT, ATTORNEY AT LAW, 6616-203 SIX FORKS RD., RALEIGH, NC  27615 -
LVNV FUNDING LLC,, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC  29603-0587 -
LVNV FUNDING, INC, PO BOX 10584, GREENVILLE, SC  29603,  -
NATIONAL CAPITAL MANAGEMENT, LLC, 8245 TOURNAMENT DRIVE, SUITE 230, MEMPHIS, TN  38125 -
NATIONAL ENTERPRISE SYSTEMS, 29125 SOLON RD., SOLON, OH  44139,  -
NATIONWIDE CREDIT, INC., 3010 CORPORATE WAY, HOLLYWOOD, FL  33025,  -
NATIONWIDE CREDIT, INC, 4700 VESTAL PARKWAY E, VESTAL, NY  13850,  -
NC DEPARTMENT OF REVENUE, PO BOX 1168, RALEIGH, NC  27602-1168,  -
NC DEPARTMENT OF REVENUE, C/O NC DEPARTMENT OF JUSTICE, PO BOX 629, RALEIGH, NC  27602-0629 -
NC DEPARTMENT OF REVENUE, C/O REGINALD S. HINTON, POST OFFICE BOX 25000, RALEIGH, NC  27640-5000 -
NCO FINANCIAL SYSTEMS INC., PO BOX 61247, VIRGINA BEACH, VA  23466,  -
NCO FINANCIAL SYSTEMS, 507 PRUDENTIAL RD., HORSHAM, PA  19044,  -
NCO FINANCIAL SYSTEMS, PO BOX 4911, DEPT. DD, TRENTON, NJ  08650,  -
NCO FINANCIAL, PO BOX 61247, DEPT. 64, VIRGINIA BEACH, VA  23466 -
PENTAGROUP FINANCIAL, 5959 CORPORATE DRIVE, SUITE 1400, HOUSTON, TX  77036-2308 -
PORTFOLIO RECOV. ASSOC., LLC, PO BOX 41067, NORFOLK, VA  23541,  -
PORTFOLIO RECOV. ASSOC., LLC, PO BOX 12914, NORFOLK, VA  23541,  -
PRA RECEIVABLES MANAGEMENT, LLC, as agent of PORTFOLIO RECOVERY ASSOC., PO BOX 12914, NORFOLK, VA  23541 -
ROOMS TO GO, C/O GE MONEY BANK, PO BOX 981439, EL PASO, TX  79998-1439 -
ROUNDUP FUNDING, LLC, MS 550, PO BOX 91121, SEATTLE, WA  98111-9221 -
SAMS CLUB, PO BOX 981064, EL PASO, TX  79998-1064,  -
SAMS CLUB, c/o: GE MONEY BANK, PO BOX 103104, ROSWELL, NM  30076 -
SMITH, DEBNAM, ET AL, PO BOX 26268, RALEIGH, NC  27611-6268,  -
SRA ASSOCIATES, DEPT 1607, PO BOX 4115, CONCORD, CA  94524-4115 -
SUZUKI, C/O RETAIL SERVICES, PO BOX 15521, WILMINGTON, DE  19850-5521 -
TANKO-DELE YAM CARDIN, JULIE NICHOLE AMMONS CARDIN, 60 ROCKY RUN LANE, LILLINGTON, NC  27546 -
THE BELK CENTER, INC., PO BOX 103104, ROSWELL, GA  30076-9104,  -
THE BELK CENTER, PO BOX 981492, EL PASO, TX  79998-1492,  -
THE LAW OFFICE OF HARRISON ROSS BYCK, 229 PLAZA BOULEVARD, SUITE 112, MORRISVILLE, PA  19067 -
UNITED COLLECTION BUREAU, 5620 SOUTHWYCK BOULEVARD, SUITE 206, TOLEDO, OH  43614 -
VERIZON WIRELESS SOUTH, AFNI/VERIZON WIRELESS, PO BOX 3397, BLOOMINGTON, IL  61701 -
VERIZON WIRELESS, ATTN:  MANAGER OR REG. AGENT, PO BOX 3397, BLOOMINGTON, IL  61702 -
WAKE EMERGENCY PHYSICIANS, PA, ATTN:  MANAGER OR REG. AGENT, 570 NEW WAVERLY PL., STE. 110, CARY, NC  27518-7405 -
WAKE MED, PO BOX 29516, RALEIGH, NC  27626,  -
WAKEMED, P.O. BOX 29516, RALEIGH, NC  27626-0516,  -
WELLS FARGO FINANCIAL NORTH CAROLINA, IN, 4137 121ST STREET, URBANDALE, IA  50323,  -
WELLS FARGO FINANCIAL, 204 WESTWOOD SHOPPING CENTER, FAYETTEVILLE, NC  28304,  -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:   02/01/2011             Signature: _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134